IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun J. Rice

Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.     JIMMY R. GUIRE, JR.;
2.     JIMMY R. GUIRE, SR.; and
3.     GO WEST INDUSTRIES, INC.,

---

### ORDER

---

On Motion of the government, Violation Notice No. F 3868310 charging the Defendant, Jimmy R. Guire, Jr., with constructing or maintaining a road without authorization in violation of 36 C.F.R. 261.10(a) is dismissed with prejudice.

Dated this 7th day of December, 2007.

                BY THE COURT:

                s/ Gudrun J. Rice

                Gudrun J. Rice
                United States Magistrate Judge