IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Case No.: 06-po-00047-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JIMMY R. GUIRE, JR.,

    Defendant.

## ORDER CONTINUING MOTION HEARING

This matter came on for scheduled hearing on July 08, 2008 at 9:00 a.m. to consider the Defendant's Motion (docket # 32) and impact of the Montrose County Weed Mitigation Department's finding on the previously entered Order for restitution.

Hearing in this matter is continued to August 05, 2008 at 2:30 p.m. One hour is reserved for hearing on the issues raised in Defendant's Motion.

Dated this 8th day of July, 2008.

                        BY THE COURT:

                        s/ Gudrun J. Rice

                        Gudrun J. Rice
                        United States Magistrate Judge